AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS

## SUMMONS IN A CIVIL CASE

Glen Ellyn Pharmacy, Inc., on behalf of plaintiff
and the class members defined herein,
Plaintiff,

V.

Independent Pharmaceutical, LLC, and JOHN
DOES 1-10,
Defendants.

CASE NUMBER: 17 CV 188

ASSIGNED JUDGE: Honorable Judge Shah

DESIGNATED
MAGISTRATE JUDGE: Magistrate Judge Rowland

TO: (Name and address of Defendant)

Independent Pharmaceutical, LLC
C/O Northwest Registered Agent, LLC
6545 Market Avenue N. Suite 100
North Canton, OH 44721

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Edelman, Combs, Latturner & Goodwin, LLC
20 S. Clark St. Suite 1500
Chicago, IL 60603

an answer to the complaint which is herewith served upon you, 21 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

THOMAS G. BRUTON, CLERK

(By) DEPUTY CLERK

January 13, 2017

DATE

AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS

## SUMMONS IN A CIVIL CASE

Glen Ellyn Pharmacy, Inc., on behalf of plaintiff and the class members defined herein,
Plaintiff,

V.

Independent Pharmaceutical, LLC, and JOHN DOES 1-10,
Defendants.

CASE NUMBER: 17 CV 188

ASSIGNED JUDGE: Honorable Judge Shah

DESIGNATED MAGISTRATE JUDGE: Magistrate Judge Rowland

TO: (Name and address of Defendant)

Independent Pharmaceutical, LLC
C/O Northwest Registered Agent, LLC
6545 Market Avenue N. Suite 100
North Canton, OH 44721

## AFFIDAVIT OF SERVICE BY PROCESS SERVER

SERVICE UPON: INDEPENDANT PHARMACEUTICAL, LLC

DOCUMENTS SERVED: SUMMONS IN A CIVIL CASE, COMPLAINT CLASS-ACTION MATTERS COMMON TO MULTIPLE COUNTS INTRODUCTION, PLAINTIFF'S MOTION FOR CLASS CERTIFICATION, MEMORANDUM IN SUPPORT OF PLAINTIFF'S MOTION FOR CLASS CERTIFICATION, NOTICE OF MOTION ( FOR CLASS CERTIFICATION ), PLAINTIFF'S MOTION TO ENTER AND CONTINUE PLAINTIFF'S MOTION FOR CLASS CERTIFICATION, NOTICE OF MOTION ( TO ENTER AND CONTINUE FOR CLASS CERTIFICATION ) GLEN ELLYN PHARMACY, INC.'S CORPORATE DISCLOSURE STATEMENT AND ALL ATTACHMENTS.

State of Ohio SS:
Summit County

This SUMMONS, with additional documents listed above, for service upon INDEPENDANT PHARMACEUTICAL, LLC, were received on (date) 01/26/2017

☐ I personally served the legal documents on the individual at (place) ______ on (date/time) ______

☐ I left the legal documents at the individual's residence or usual place of abode with (name) ______, a person of suitable age and discretion who resides there, on (date/time) ______

☒ I served the legal documents on (name of individual) CHELSEY MORROW, Receptionist/Paralegal authorized to accept service of legal process on behalf of (name of orginization) INDEPENDANT PHARMACEUTICAL, LLC at, 6545 MARKET AVENUE N. SUITE 100, NORTH CANTON, OH 44721 on (date/time) 2/7/17 @ 3:42 P.M.

☐ I returned the legal documents unexecuted because ______

☐ Other (specify) :

I declare under penalty of perjury that this information is true.

Subscribed and sworn to before me this 15Th day of February, 2017 by - JAMES LEWIS

Name of Process Server

[Signature]

Signature of Process Server

NOTARIAL SEAL — STATE OF OHIO

Richard Purser
Resident Medina County
Notary Public, State of Ohio
My Commission Expires: 07/20/2020

Signature of Notary Public