UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1.2
Eastern Division

Glen Ellyn Pharmacy, Inc.

Plaintiff,

v.    Case No.: 1:17−cv−00188
Honorable Manish S. Shah

Independent Pharmaceutical, LLC, et al.

Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, July 12, 2017:

MINUTE entry before the Honorable Manish S. Shah: Status hearing held. Plaintiff reports the parties are finalizing the settlement documents. This case is dismissed without prejudice and with leave to reinstate by 8/9/17. If no motion for leave to reinstate is filed in advance of that date, then the dismissal will convert to one with prejudice as to the individual plaintiff and remain without prejudice as to the class. Civil case terminated. Notices mailed. (psm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.